## Staunton.

Harrison Trent v. Clinchfield Coal Corporation.

September 11, 1916.

(This case is controlled by Walter Trent v. Clinchfield Coal Corporation, *ante*, p. 805).

*Sutherland & Sutherland* and *Finney & Wilson*, for the plaintiff in error.

*W. H. Rouse* and *Morison, Morison & Robertson*, for the defendant in error.

Harrison, J., delivered the opinion of the court.

This is a companion case to that of *Walter Trent* v. *Clinchfield Coal Corporation, ante*, p. 805. The records are duplicates of each other, and by agreement of counsel they were heard together in this court. An opinion has been handed down in the *Walter Trent Case* at the present term affirming the judgment complained of, and for the reasons there given the judgment in this case must also be affirmed.

*Affirmed.*